IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DAVONNE GRANVILLE,<br><br>Plaintiff,<br>v.<br><br>BEAVERTON POLICE DEPARTMENT and OFFICER ERIK FAULKNER,<br><br>Defendants. | Case No.: 3:24-cv-00213-AR<br><br>ORDER |

**Adrienne Nelson, District Judge:**

United States Magistrate Judge Jeffrey Armistead issued a Findings and Recommendation ("F&R") in this case on March 17, 2026. Judge Armistead recommended that defendants' motion for summary judgment be granted and that each of plaintiff's claims be dismissed with prejudice. No party has filed objections. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

A district court judge may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). No standard of review is prescribed for portions of the report for which no objections are filed, and no review is required in the absence of objections. *Thomas v. Arn*, 474 U.S. 140, 152-54 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121-22 (9th Cir. 2003) (en banc). A district court judge is not, however, precluded from reviewing the report sua sponte under a de novo, or any other, standard. *Thomas*, 474 U.S. at 154; *Decker v. Berryhill*, 856 F.3d 659, 663 (9th Cir. 2017). Courts in this district have followed the Advisory Committee's recommendation that, when no timely objection is filed, findings and recommendations be reviewed for "clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.

Because no party in this case has made objections, this Court reviews the F&R for clear error on

the face of the record. Finding no such error, the Court ADOPTS the F&R, ECF 76. Defendants' motion for summary judgment is GRANTED, and each of plaintiff's claims are DISMISSED with prejudice. Judgment shall follow.

IT IS SO ORDERED.

DATED this 23rd day of October, 2026.

Adrienne E. Nelson

Adrienne Nelson
United States District Judge